# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF THE NORTHERN DIVISION

RECEIVED
2020 NOV 30 PM 2:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rodney j. Murphy
    Plaintiff,

V.

Q.R.C. dba Applebee's in the individual capacity, Victor Chandler in the individual capacity, Brandon Godby in the in-dividual capacity, Kevin Trotter in the individual capacity.
    Defendant(s).

2:20-CV-980-RAH-SMD

Case No.
{ Jury trial demanded }

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.     The parties to this complaint
   A.     The Plaintiff
   Rodney j. Murphy
   3010 Renee Drive
   Montgomery
   Alabama 36116
   334-284-3814
   B.     The defendant(s)

   Defendant No. 1
   Q.R.C. Quality Restaurant Concepts, LLC "Applebee's"
   Owner/operator
   601 Vestavia Pkwy
   Suite 100
   Birmingham
   Alabama 33216

        Defendant No. 2
        Victor Chandler
        Regional manager
        601 Vestavia Pkwy
        Suite 100
        Birmingham
        Alabama 33216

        Defendant No. 3
        Brandon Godby
        General manager
        3195 Taylor Road
        Montgomery
        Alabama 36116

        Defendant No. 4
        Kevin Trotter
        Kitchen manager
        3195 Taylor Road
        Montgomery
        Alabama 36116

    C.    Place of employment
        Applebee's
        3195 Taylor Road
        Montgomery, Alabama 36116
        334-274-0009

2.    Basis for jurisdiction

Title VII of the civil rights act of 1964 as codified, 42 U.S.C. 2000e-17 (race, color, gender, religion, national origin).

Federal question.

Americans with disabilities act or 1990, as codified, 42 U.S.C. 12112 to 12117.

Fair labor standards act, 29 C.F.R. part 516

Alabama code 25-1-30

3.    Statement of claim(s)

First cause of action

Defendant No. 1 Quality Restaurant Concepts. DLLC.
    On December 6th, 2019 the plaintiff was called a nigga, harassed, assaulted and battered at 3195 Taylor Road. By Kevin Trotter on line in the kitchen. The defendant failed to discipline and or terminate defendant No 4, for his actions.

On January 1, 2020 the defendant failed to evaluate the ongoing friction, arising from the same controversy. Avion Dixon said abroad don't add me into, you and Kevin situation, short after Avion Said "I Don't fight, I shoot". Which was a threat to the plaintiff.

## Second cause of action
Defendant No. 2 Victor Chandler

On December 7th, 2019 the plaintiff had a meeting with the defendant to explain the situation with Kevin Trotter. Told him every detail, the defendant failed to discipline and or terminate Kevin Trotter. But instead choose to give the plaintiff a disciplinary.

## Third cause of action
Defendant No. 3 Brandon Godby

On December 13th, 2019 the plaintiff requested time off plaintiff was denied, and entered a verbal 2 week notice. Explained to the defendant that the plaintiff was under tons of work related stress, and was trying to seek counseling from a psychologist. The defendant told the plaintiff I cannot accept your 2 week notice because you are a valued employee.
 The defendant failed to accommodate an American with a disability. This too arose from the same controversy.

## Fourth cause of action
Defendant No. 4 Kevin Trotter

On December 6th, 2019 the defendant entered the kitchen saying "now you ran off Van" whom is a Caucasian male around age 24. Shortly after plaintiff turns to Terrence Lark and say Kevin is fixing get started he's mad about Van Mellos. About an hour or so afterwards the defendant asks are you drunk, plaintiff responds that's inappropriate and he says yeah I know, then I reply well that just became an insult. The defendant said o yeah well ain't nobody hear me. Now move down to the fry station. Plaintiff responds NO "it's 2 people already down there and I would be in those guys way. The defendant responds "Im going to get you up out of here" referring to applebee's. So the defendant ran around the line to approach the plaintiff and said "im stick of you niggas" push, shovel and elbow to the plaintiffs chest. Plaintiff's neighborhood expert name tag broke and fell to the floor. The plaintiff leans forward to pick it up, and the defendant just starts shouting call the police. Just as the defendant was running from the expo station to approach me Shelby walked in. this arose from the same controversy.

Prayer for relief as follows;

Defendant No.1 for punitive damages, compensatory damages in the amount of $300,000.00
In the amount of $75,000.00 for emotional harm, pain, suffering and mental auguish. Lawyer's fees and court cost.
In addition to permanent injunctive relief stating that the plaintiff may return to work with the added condition that plaintiff receives the adequate pay rate of a neighborhood expert etc.

Defendant No. 2 for the instant conscience shock, emotional harm, pain, suffering and mental auguish in the amount of $75,000.00 in addition to lawyer's fees court cost and fees incurred.

Defendant No. 3 for the mental auguish, pain and suffering in the amount of $75,000.00. lawyer's fees and court cost.

Defendant No. 4 for the assault and battery $75,000.00, for the racial slur $75,000.00, for the harassment and insults $50,000.00. in addition to lawyer's fees, and court cost.
The plaintiff still requires medical attention and request that this court grants plaintiff permission to seek that attention and to be paid in full by the defendants collectively.

November 25th, 2020                                          Respectfully Submitted,

*[Signature: Rodney J. Murphy]*

Rodney J. Murphy
3010 Renee Dr.
Montgomery, AL. 36116

 

1000    36104

U.S. POSTAGE PAID
FCM LG ENV
MONTGOMERY, A
36116
NOV 25, 20
AMOUNT
**$1.80**
R2305E125586-6

United States District Court
Middle District of Alabama
One church Street
Montgomery, AL. 36104