IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY J. MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-980-RAH |
| | ) | |
| QUALITY RESTAURANT CONCEPTS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 10, 2022, the Magistrate Judge entered a Recommendation (Doc. 10) to dismiss this case pursuant to 28 U.S.C. § 1915(e). On May 25, 2022, Plaintiff Rodney J. Murphy filed Objections (Doc. 11).

Upon an independent review of the record and upon consideration of the Recommendation and objections thereto, it is hereby ORDERED as follows:

1. The Objection (Doc. 11) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. 10) is ADOPTED; and

3. The Second Amended Complaint is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e).

A Final Judgment will be entered separately.

DONE, on this the 3rd day of June, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE